AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

## For The District of Columbia

**UNITED STATES OF AMERICA**

V.

Abdul Jalil Waziry
DOB:  9/13/77
PDID:

**CRIMINAL COMPLAINT**

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about <u>December 2004 to  present</u> in <u>Washington, D.C.</u> county, in the _____ District of <u>Columbia</u> defendant(s) did, (Track Statutory Language of Offense)

There is probable cause to believe that, in the District of Columbia and elsewhere, the defendant, Abdul Jalil Waziry, did knowingly and voluntarily conspire with others intentionally to traffic in goods and knowingly to use counterfeit marks on and in connection with such goods, in violation of Title 18, United States Code, Sections 371 and 2320, and that, in furtherance of the conspiracy and to accomplish its unlawful objects, the defendant and his co-conspirators, committed, within the District of Columbia, at least one overt act.

in violation of Title <u>   18   </u> United States Code, Section(s) <u>   § 371   </u>.

I further state that I am <u>  Lavinia Quigley,  Detective with the Metropolitan Police Department  </u>, and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof: ☒ Yes   ☐ No

Signature of Complainant

AUSA, John Carlin   (202) 353-2457
Sworn to before me and subscribed in my presence,

Lavinia Quigley, Detective
Metropolitan Police Department

_____   at   <u>Washington, D.C.</u>
Date                                           City and State

_____
Name & Title of Judicial Officer

_____
Signature of Judicial Officer