**SP 3144 05**

WAZIRY, ABDUL JALIL VS
Lockup Nbr: 12
PDID: 0579476
DOB:
CCR: 149995

| Papers | Court File Date | LOCK UP | PDID |
|---|---|---|---|
| ount(s) | NOV 1 1 2005 | L-12 | DOB |
| ges Filed | | | CCR |

☐ CITATION   ☐ BOND   ☐ Collateral $ _____ Page _____

DEFENSE COUNSEL     CODE    S C A R   DATE WITHDRAWN
☐ PRO SE
1. P. Signet  411-947   ☐ ☐ ☐ ☐
2. _____                ☐ ☐ ☐ ☐

PROSECUTOR    CODE    ASSIGNED TO JUDGE
1.
2.                    Cal. Number _____

☐ Defendant informed of rights pursuant to Superior Court Rule 5(b) including the right to counsel.
☐ LINEUP ORDER FILED
☐ Sworn Statement Filed Rule 5(c) Determination
PLEA: ☐ Not Guilty    ☐ Made  ☐ Waived
Count(s) _____ ☐ Guilty, JUDGMENT Guilty

CONTINUED DATE    BOND CONDITIONS
PREL. HEARING    BOND AMOUNT $ NO BOND
STATUS HEARING   ☐ CASH ____% ☐ SURETY
JURY TRIAL       ☐ PERSONAL RECOGNIZANCE
NON-JURY         ☐ Third Party Custodian
☐ 163 FILED      ☐ Contribution Ordered

☐ Defendant Advised of Penalties for Failure to Appear.

C 11-14-05 @ 1:45pm, DIST. COURT BEFORE J/KAY CTRM 4.

Count(s) _____ Nolle Prosequi Prosecutor: _____

COURT REPORTER   TAPE ☐   CLERK   JUDGE/COMM.
                 C10      m       JACKSON

☒ NEW COMMITMENT  ☐ BACK TO JAIL O.C.  ☐ RELEASE EXECUTED  ☐ NOT IN CUSTODY

DISPOSED                          PENDING
CLOSED | CONT. PAY | ShowCause | B/W | Status | Jury | Non-Jury | Sent. | Others | Updated

FINAL DISPOSITION ONLY

FILED
NOV 1 4 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Superior Court of the District of Columbia
CRIMINAL DIVISION
SPECIAL PROCEEDINGS

Nolle Prosequi Prosecutor: _____
COURT REPORTER  TAPE ☐  CLERK  JUDGE/COMM.
☐ NEW COMMITMENT EXECUTED  ☐ BACK TO JAIL O.C.  ☐ RELEASE EXECUTED  ☐ NOT IN CUSTODY