AO442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
V.

Abdul Jalil Waziry

**WARRANT FOR ARREST**

CASE NUMBER 05 - 0600M - 01

FILED
NOV 1 4 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Abdul Jalil Waziry___
                                          Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

See Attached Affidavit

in violation of Title _18_ United States Code, Section(s) _§ 371_.

ALAN KAY
U.S. MAGISTRATE JUDGE
Name of Issuing Officer

ALAN KAY
U.S. MAGISTRATE JUDGE
Title of Issuing Officer

_/s/ Alan Kay_
Signature of Issuing Officer

NOV 09 2005   District of Columbia
Date and Location

Bail fixed at $ _____   by _____
                                       Name of Judicial Officer

| **RETURN** | |
|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | USMS 333 Constitution Ave NW Washington, DC |

| DATE RECEIVED 11/09/05 | NAME AND TITLE OF ~~ARRESTING~~ Reporting OFFICER  Derrick Fitzgerald DUSM | SIGNATURE OF ~~ARRESTING~~ Reporting OFFICER  *[signature]* |
|---|---|---|
| DATE OF ARREST 11/14/05 | | |